**Plaintiff:**

Mr. Terrell D. Jordan aka

Mr. Tracy D Halsell

2500 Kemper Lane #417

Cincinnati, Ohio 45206

A2302239

Wednesday, May 24, 2023

**Defendant Parties:**

Shawn "Jay Z" Carter

Worldwide Plaza

825 Eight Ave. RM C2

New York, NY 10019-7472



D138281161 INI

Hillary Rodham Clinton

P.O. Box 5256

New York, Ny 10185

Parkwood Entertainment LLC c/o

Beyoncé J Knowles

1412 Broadway 24th Floor

New York, NY 10018

Barack Hussein Obama

P.O. Box 91000

Washington, DC 20066

Robin "Rhianna" Fenty

1411 Broadway 38th Floor

New York, Ny 10018

Cassius "Muhammad Ali" Clay

P.O. Box 187

Michelle Williams

9601 Wilshire Blvd. 3rd Fl.

**EXHIBIT A**

Berrien Springs, MI 49103                Beverly Hills, Ca 90210-5213


Jada Pinkett Smith

10250 Constellation Blvd. 9th Fl

Los Angeles, CA 90067


    Now comes the plaintiff; a Hamilton County Resident of Greater Cincinnati, Mr. Terrell Darron Jordan in complaint against, Former First Lady & Secretary of State Hillary Clinton; Former President Barack H. Obama; Hip Hop Pop Singer Beyoncé J. Knowles; Rapper Shawn "Jay Z" Carter; Actress Jada Pinkett Smith; Gospel Singer Michelle Williams; and Boxer Cassius "Muhammad Ali" Clay and R&B Pop singer Robin Fenty in a class action civil suit.

    The plaintiff knows Former First Lady Hillary Clinton from 1996 when he came in to contact with Hamilton County Juvenile Correctional Officer known as Mr. Winter, Mr. Winter came onto a unit and announced the address to The White House. The plaintiff wrote in to the White House in the attention of Former President Bill Clinton about being abused by a man alleged to be his father. Years later, the plaintiff wrote in again to The White House to Former President Barack H. Obama and said that: Beyoncé would continually make mention of things in her music and as a Beyoncé fan the plaintiff began to notice that the Star appeared to be Stacy his older sister, having remembered a time whereas Beyoncé had mentioned that Michelle Williams was her sister giving the plaintiff ideology that his sisters' Stacy & Michelle whom he has not seen since he was a baby at the time of hearing these things & had begun to believe that Beyoncé and Michelle were his older sisters; again Stacy & Michelle whom the plaintiff still has not seen since he was 8 years old on a visit with Tarras Truitt to Louisville, Kentucky to meet with Jada Pinkett Smith, the ex-girlfriend of Tarras Truitt and that time who the plaintiff believed to be her daughters Stacy & Michelle; which later found out they were not, but, appearing to be a conspiracy as Tarras Truitt is alleged to have made mention to the plaintiff in his adolescence years that Mr. Truitt had taught the plaintiff "big words", however all the plaintiff remembers from his underage teachings by Tarras Truitt if that Stacys' milk had "evaporated", that Stacy & Michelle is and or was Sharons' daughters', the woman alleged to be Jada Pinkett Smith in this claim. Which is the teachings Mr. Truitt seem to have been teaching the minor plaintiff at 18 months old possibly abusing the plaintiff and surrounding the plaintiff with other suspects over the years in order to gain a more reputable substantial pleading that Stacy and Michelle was Jada Pinkett Smith aka/or Sharons' daughters and in fact not the older sisters' of the plaintiff Mr. Terrell D. Jordan.


    Having auditioned over Instagram as the plaintiff is a great singer, the plaintiff came into contact with Former President Barack H. Obama who mentioned that the plaintiff would receive

$20 million dollars or simply stating $20 million leaving the plaintiff under the insinuation that he would receive $20,000,000.00 or should file for $20,000,000.00. Beyoncé and Shawn "Jay Z' Carter appeared to be paranoid about the presence of police and had began to sexually assault the plaintiff, not only did they violate Section 2907.03 of the Ohio Revised Code, but, also **2923.02 Conspiracy To Commit Murder** as Robin "Rhianna" Fenty joined in on the commenced violations **2907.03 and 2923.02** they began to say that quote un quote, these niggas is fags, they call people fags, and conspired that if they sexually assault me enough and in **O.R.C 3313.666 Bullying** also attempt to force me to go outside that someone would kill me if I made the attempt to satisfy any sexual desires that the two had forced on me. Its' recently been mentioned that Shawn "Jay Z" Carter was the force that was pushing the plaintiff to go outside however, the plaintiff never went outside and was continually sexually battered, menaced, and assaulted. **(2903.13; 2903.22)**

Prior to the encounter after the audition over social media website Instagram, as mentioned earlier in the claim, the plaintiff had resided in Louisville, Kentucky with Tarras Truitt and his assumed girlfriend Sharon Holloway who appears to be Jada Pinkett Smith who had continually drowned / submerged the plaintiff in cold bath water as some form of punishment for the 18 month old (1990), possibly causing the child to have Post Traumatic Stress Disorder which is noted in a Childrens' Hospital Medical Record for and of the plaintiffs' condition, although Tarras Truitt had continually abused the plaintiff physically from a very young age. At about 18 months old Tarras Truitt had choked the plaintiff up against the wall after telling the plaintiff to call the police, and continually molested the plaintiff around that time and had gained custody of the plaintiff about a few years later and had again sexually assaulted the underaged plaintiff, and physically abused the underaged plaintiff, causing the plaintiff to have depression and suicidal ideation/s. (2151.031; 2919.22)

This is when the plaintiff wrote in to Former President Bill Clinton the same year that Beyoncé and Shawn "Jay Z Carter" became famous which ties in to knowledge of the defendant Hillary Clinton.

Forward, the plaintiffs' audition began to look like a success, several professional pages began to follow, some other artists and radio stations, clothing stores, sports teams, and then Cassius "Muhammad Ali" Clay began to say that Rakeem Brown, Anthony Coleman, Cameron Warren, Rodrick Thompson, Robert Hall, William Jordan, William "Ageisha" Turney, Antoine Steele and Eddie Jones had been guilty of violation of **Title 1, Article 1 O.R.C in conspiracy (2923.01)** to rape, robbery and murder. Having already been guilty of rape **2907.02** as it was reported that they were using the plaintiffs name to rape in the Lesbian, Gay, Bisexual, Transgender Underground Ballroom and they began to confess that they had raped the plaintiff and for someone reason continued to mentioned that the plaintiff cared nothing about the other ballroom citizens issues of rape with regard to the allegations that were mentioned by Cassius

"Muhammad Ali" Clay. There rape appears to be statutory in lieu of the plaintiff and there is strong suggestion that they have done the same things to others and other minor L.G.B.T citizens. **(2907.02)**

Beyoncé has continually harassed the plaintiff along with her husband, they appear to have paid others to do the same, Former President Barack H Obama, Former First Lady Hillary Clinton, Sasha Obama, Former First Lady Michelle Obama and Vice President Kamala Harris has continually harassed the plaintiff, stating no one of the L.G.B.T community likes the plaintiff which emotionally affected the plaintiff and gave others the opinion that the plaintiff would ever indulge in any of their friendships willfully, as the plaintiff is living day to day under scopes of **Title 1 Article 1 O.R.C** from wrongful adjudications, wrongful convictions, underaged convictions, the False Claims of Former President Barack H. Obama of $20,000,000.00, calling the plaintiff a fag, sexually assaulting the plaintiff leaving the plaintiff in extreme hopelessness, fear, depression and worries about the future of the plaintiff as police continued to appear racist later saying they needed discovery before apprehension or prohibition of further recompense with regard to the call they received about all the above actions except those commenced in the earlier years of the plaintiffs childhood. Michelle Williams also had continually discriminated against the plaintiff violating **Title Six of The Civil Rights Act of 1964**.

The plaintiff requests the amounts below from the defendants, in this class action lawsuit:

Former First Lady & Secretary of State Hillary R. Clinton: $50,000,000.00

Former President Barack H. Obama: $70,000,000.00

Beyoncé & Shawn "Jay Z" Carter: $900,000,000.00

R&B Singer Michelle Williams $1,000,000.00

Actress Jada Pinkett Smith; $25,000,000.00

R&B Pop Singer Robin "Rhianna" Fenty: $300,000,000.00

Cassius "Muhammad Ali" Clay: $10,000,000.00

According to the rights of the victim in this complaint, it is requested and acted upon that the plaintiff continue to have reasonable protection from *"all"* of the accused. They have continually battered the plaintiff as a self-witness, harassed the plaintiff, stalked the plaintiff and abused the plaintiff for the last 6-7 years and maybe longer. **(2903.211 & 2927.12 & 12.417)**

5/24/23, 11:35 AM

image_6487327.JPG



Wednesday, July 26, 2023

Survey    My Portfolio    0



f  📷  🐦

Contact Us

Search...  🔍

General Information ▾    Pay Online ▾    Forms ▾    Our Office ▾    Records Search ▾    Titles & Passports ▾    Self-Help ▾    Request Record

Historical

## Case Summary

🖨 📋 📄 🗐

| Case Number: | A 2302239 |
|---|---|
| Court: | Common Pleas Civil |
| Case Caption: | TERRELL D JORDAN AKA TRACY D HALSELL vs. SHAWN JAY Z CARTER |
| Judge: | JODY M LUEBBERS |
| Filed Date: | 05/24/2023 |
| Case Type: | H992 - INJUNCTION SEXUAL PREDATOR- OC - TAXED IN COSTS |
| Total Deposits: | Unavailable |
| Total Costs: | $244.50 |

## Case History

[ Show All Rows ]

| Date | Description | Notes | Amount | Doc | Image# |
|---|---|---|---|---|---|
| 07/17/2023 | ELECTRONIC POSTAL RECEIPT RETURNED, COPY OF SUMMONS & COMPLAINT DELIVERED TO HILLARY RODHAM CLINTON ON 07/13/23, FILED. [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3604] | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | 📄 | |
| 07/07/2023 | NOTICE TO TERRELL D JORDAN AKA TRACY D H AS TO UNDELIVERED SERVICE ON ALSELSHAWN JAY Z CARTER  SERVICE TYPE: CERTIFIED MAIL SERVICE REASON CODE: NOT DELIVERABLE AS ADDRESSED [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3598] | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 2.00 | 📄 | |
| 06/28/2023 | CERTIFICATE OF SERVICE OF UNITED STATES' REQUEST FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 2.00 | 📄 | |
| 06/28/2023 | REQUEST FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 2.00 | 📄 | |
| 06/28/2023 | NOTIFICATION FORM FILED. | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 1.00 | 📄 | |
| 06/28/2023 | NOTICE TO TERRELL D JORDAN AKA TRACY D H AS TO UNDELIVERED SERVICE ON ALSELCASSIUS MUHAMMAD ALI CLAY SERVICE TYPE: CERTIFIED MAIL SERVICE REASON CODE: NOT DELIVERABLE AS ADDRESSED [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3642] | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 2.00 | 📄 | |
| 06/27/2023 | ENTRY GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 3.00 | 📄 | |
| 06/15/2023 | NOTICE TO TERRELL D JORDAN AKA TRACY D H AS TO UNDELIVERED SERVICE ON ALSELROBIN RHIANNA FENTY  UNABLE TO FORWARD | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 2.00 | 📄 | |
| 06/05/2023 | ELECTRONIC POSTAL RECEIPT RETURNED, COPY OF SUMMONS & COMPLAINT DELIVERED TO JADA PINKETT SMITH ON 05/31/23, FILED. [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3666] | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | 📄 | *EXHIBIT B* |
| 06/05/2023 | ELECTRONIC POSTAL RECEIPT RETURNED, COPY OF SUMMONS & COMPLAINT DELIVERED TO MICHELLE WILLIAMS ON 06/01/23, FILED. [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3659] | DOCUMENT MAY CONTAIN | | 📄 | |

Privacy - Terms

| Date | Description | Note | Amount | Doc | Image# |
|------|-------------|------|--------|-----|--------|
| | | INFORMATION REDACTION MAY BE NEEDED | | | |
| 06/05/2023 | ELECTRONIC POSTAL RECEIPT RETURNED, COPY OF SUMMONS & COMPLAINT DELIVERED TO BARACK HUSSEIN OBAMA ON 05/31/23, FILED. [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3628] | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | 🖼 | |
| 05/31/2023 | JUDGE ASSIGNED CASE ROLLED TO LUEBBERS/JODY/M PRIMARY | | | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO ROBIN RHIANNA FENTY [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3635] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO MICHELLE WILLIAMS [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3659] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO SHAWN JAY Z CARTER [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3598] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO JADA PINKETT SMITH [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3666] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO BARACK HUSSEIN OBAMA [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3628] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO PARKWOOD ENTERTAINMENT LLC [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3611] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO HILLARY RODHAM CLINTON [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3604] | | 9.00 | | |
| 05/25/2023 | CERTIFIED MAIL SERVICE ISSUED TO CASSIUS MUHAMMAD ALI CLAY [CERTIFIED MAIL NBR.: 7194 5168 6310 0989 3642] | | 9.00 | | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO MICHELLE WILLIAMS | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO CASSIUS MUHAMMAD ALI CLAY | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO JADA PINKETT SMITH | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO SHAWN JAY Z CARTER | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO HILLARY RODHAM CLINTON | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO PARKWOOD ENTERTAINMENT LLC | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO BARACK HUSSEIN OBAMA | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/25/2023 | SUMMONS ISSUED BY CERTIFIED MAIL TO ROBIN RHIANNA FENTY | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 4.00 | 🖼 | |
| 05/24/2023 | POVERTY AFFIDAVIT FILED. | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | 🖼 | |
| 05/24/2023 | TAXED IN COSTS - FILING TRACY HALSELL | | 0.00- | | |
| 05/24/2023 | ORDER OF REFERENCE TO MAGISTRATE PER ADMINISTRATIVE ORDER M-05-00002 12/22/05 IM# 135 | | | | |
| 05/24/2023 | CLASSIFICATION FORM FILED. | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 1.00 | 🖼 | |
| 05/24/2023 | COPY COSTS | | 18.00 | | |
| 05/24/2023 | COMPLAINT FILED | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | 5.00 | 🖼 | |

1 - 34 / Filtered: 34 Total: (34)    All Rows ▾

HAMILTON COUNTY
**CLERK OF COURTS**
1000 Main St, Cincinnati, OH 45202

Hours: 8AM - 4PM Monday - Friday

Site issues? Let us know! Support

E-Filing

FAQ

Policies

Select Language | ▼

© 2022 Hamilton County Clerk of Courts | All Rights Reserved | Privacy Policy

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

TERRELL D. JORDAN AKA
TRACY D. HALSELL,

            Plaintiff,

v.

SHAWN JAY Z CARTER, *et al.*,

            Defendants.

:   Case No. 1:23-cv-00479

:

:

:

:

---

## UNITED STATES ATTORNEY'S
## CERTIFICATION OF SCOPE OF EMPLOYMENT

---

I, Kenneth L. Parker, United States Attorney for the Southern District of Ohio, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that, on the basis of the information now available with respect to the incident referenced in the Complaint of Plaintiff Terrell D. Jordan aka Tracy D. Halsell, filed in the Hamilton County Court of Common Pleas, Ohio on May 24, 2023, Case No. A 2302239, the individual federal defendant, Former President Barack H. Obama, was acting within the scope of his employment and office as an employee of the United States Government at the time of the incident out of which Plaintiff's Complaint arose.

Dated: **7/28/23**



KENNETH L. PARKER
United States Attorney

**EXHIBIT C**